# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 10, 2019

**Via ECF**

Honorable Ona T. Wang  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 20A  
New York, NY 10007

Re: <u>Anselmo Lopez et al v. Uno Express Cleaners Inc. et al</u>

Your Honor:

    This firm represents the Plaintiffs in the above-referenced action. The undersigned writes to you jointly with Defendants' counsel to submit their revised settlement agreement for Your Honor's approval pursuant to Docket Order No. 52. We have revised the language and the parties remain in agreement on the material terms of the agreement.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Yolanda Rivero  
Yolanda Rivero, Esq.

cc:    Jason Mizrahi (via ECF)  
       *Attorney for Defendants*