UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LETICIA ANSELMO LOPEZ,                   :

                 :

     Plaintiff,          :       18-CV-10737 (OTW)

                 :

     -against-          :       **ORDER**

                 :

UNO EXPRESS CLEANERS INC., et al.,      :

                 :

     Defendants.         :

                 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

On December 17, 2019, the Court issued an order denying approval of the parties' settlement agreement as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), specifically pointing to the agreement's problematic release. (ECF 52). The parties submitted a renewed request for approval but failed to attach the revised **fully executed** settlement agreement. Accordingly, the parties are directed to submit the fully executed agreement by **May 1, 2020**.

   **SO ORDERED.**

                         *s/ Ona T. Wang*

Dated: April 20, 2020              **Ona T. Wang**
   New York, New York           United States Magistrate Judge