# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 18, 2020

**VIA ECF**

Honorable Ona T. Wang, U.S.M.J.  
United States District Court for the Southern District of New York  
500 Pearl Street  
New York, NY 10007

        Re:    **Re:**    **Anselmo Lopez, et al. v. Uno Express Cleaners, Inc., et al.;**  
                          **18-cv-10737**

Dear Judge Wang:

      This office represents the Plaintiff in the above referenced matter. Pursuant to the Court's Order dated April 20, 2020 (ECF No. 57) and the Order to Show Cause issued on May 1, 2020 (ECF Doc. 58), enclosed are copies of the revised settlement agreement, executed in counterparts, between the parties in the above-captioned matter. It is respectfully submitted that the release provisions in the revised version now submitted cure any defects that the Court, in its December 2019 Order, found in the original version.

      The parties thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              /s/ Jordan Gottheim  
                                              Jordan Gottheim  
                                              MICHAEL FAILLACE & ASSOCIATES, P.C.  
                                              *Attorneys for the Plaintiff*

Enclosures

cc: (via ECF) Defendants' Counsel